IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL FEDERATION
OF THE BLIND, INC., et al.

    Plaintiffs,

       v.

LINDA H. LAMONE, et al.

    Defendants.

Civil Action No.: RDB-14-1631

## ORDER

On Wednesday, June 11, 2014, this Court heard oral argument on the pending Motion for Preliminary Injunction filed by the Plaintiffs (ECF No. 3). For the reasons stated on the record during that hearing, IT IS HEREBY ORDERED this 11th day of June, 2014,

That the Plaintiffs' Motion for Preliminary Injunction filed by the National Federation of the Blind, Kenneth Capone, Melissa Riccobono, and Janice Toothman (ECF No. 3) is DENIED WITHOUT PREJUDICE.

Richard D. Bennett
United States District Judge