# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | No. 1:14-CV-01631-RDB |
| LINDA H. LAMONE, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Linda H. Lamone, State Elections Administrator; Bobbie S. Mack, Chairman of the Maryland State Board of Elections; David J. McManus, Jr., Vice Chairman of the Maryland State Board of Elections; and Patrick J. Hogan, Janet S. Owens, and Charles E. Thomann, members of the Maryland State Board of Elections ("SBE"), through counsel, move for summary judgment under Federal Rule of Civil Procedure 56, move for summary judgment on all counts of the complaint for the reasons stated more fully in the accompanying supporting memorandum.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

/s/ Julia Doyle Bernhardt
_____

JULIA DOYLE BERNHARDT
Assistant Attorney General
Bar No. 25300
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7291
(410) 576-6955 (facsimile)
jbernhardt@oag.state.md.us


/s/ Dan Friedman
_____

DAN FRIEDMAN
Assistant Attorney General
Bar No. 24535
Office of the Attorney General
Legislative Services Building
90 State Circle, Room 104
Annapolis, Maryland 21401
(410) 946-5600
dfriedman@oag.state.md.us

August 6, 2014                    Attorneys for Defendants

# INDEX TO EXHIBITS IN SUPPORT OF
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Second Declaration of Nicole Charlson ................................................................. Exhibit 1

    Minutes of the State Board of Elections (Jan. 2014 – Jul. 2014) ......... Attachment A

    Unatek, Inc., "Vulnerability Assessment & Penetration
       Testing Report" (Dec. 2013) ............................................................. Attachment B

    University of Baltimore, Usability Testing Report (Jan. 13, 2014) ..... Attachment C

    Public Comment on Online Ballot Marking Tool
       (Feb. – March 2014) ......................................................................... Attachment D

    Public Comment on Online Ballot Marking Tool
       (April 2014) ...................................................................................... Attachment E

    Additional Information Provided to State Board ................................ Attachment F

        Mainstay Enterprises, Inc., "Independent Auditor's Report"
           (Apr. 18, 2014) .............................................................................. Page 1

        State Board of Elections Survey ........................................................... Page 4

        Online Ballot Delivery Summary ......................................................... Page 9

    State Board of Elections – Correspondence from Legislators ............ Attachment G

    State Board of Elections – Correspondence from
       Dr. David Jefferson and Attached Reports ....................................... Attachment H

Deposition transcript of David J. McManus, Jr. (July 14, 2014) ........................... Exhibit 2

Senate Bill 1078 (2012) ......................................................................................... Exhibit 3

Senate Bill 279 (2013) ........................................................................................... Exhibit 4