IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIONAL FEDERATION
OF THE BLIND, INC., *et al.*,

    Plaintiffs,

v.

LINDA H. LAMONE, *et al.*,

    Defendants.

Civil Action No. 1:14-cv-01631-RDB

## NOTICE OF WITHDRAWAL OF
## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

In light of the Board of Public Works' approval of the parties' settlement of Plaintiffs' demand for attorneys' fees and costs, Plaintiffs' hereby withdraw their motion for attorneys' fees and costs (ECF No. 69).

Respectfully Submitted,

/s/
Daniel F. Goldstein
Jessica P. Weber
BROWN, GOLDSTEIN & LEVY LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
dfg@browngold.com
jweber@browngold.com

*Counsel for Plaintiffs*

SEPT. 12, 2016
NOTICE OF WITHDRAWAL IS APPROVED
MOTION OF ATTORNEYS FEES NOW MOOT

RDB Batt U.S. DISTRICT JUDGE